826

No. 72–1567. JANSEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–1569. GLEN MANOR HOME FOR THE JEWISH AGED *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 72–1574. BOB LAWRENCE REALTY, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1577. KING *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–1579. MIELE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1580. PORTH *v.* WARDEN, NORTH CAROLINA STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 72–1581. BYRON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–1583. HATTON, DBA AIR CONTROL ENGINEERING CO. *v.* BRENNAN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 72–1585. HOOVER, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 72–1587. GAZZOLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1590. KUSTOK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.